IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

STEPHEN MARSHALL WILSON,

        Plaintiff,

v.                              CIVIL ACTION NO.   2:20-cv-00526

JIM JUSTICE, et al.,

        Defendants.

**ORDER**

The Court will hold a telephonic status conference in this matter on **August 21, 2020, at 10:00 a.m.** The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

The Court **DIRECTS** counsel for Plaintiff to give notice of the status conference and call-in information to the defendants.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    August 18, 2020

        THOMAS E. JOHNSTON, CHIEF JUDGE