IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

STEPHEN MARSHALL WILSON,

        Plaintiff,

v.                                CIVIL ACTION NO.  2:20-cv-00526

JIM JUSTICE, et al.,

        Defendants.

## ORDER

The Court will hold a motions hearing on Plaintiff's motion for a preliminary injunction, (ECF No. 4), on **August 24, 2020, at 1:30 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:     August 21, 2020

                    THOMAS E. JOHNSTON, CHIEF JUDGE