# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 8/24/2020 | Case Number 2:20-cv-00526 |

| | |
|---|---|
| Case Style | Wilson vs. Justice |
| Type of hearing | Preliminary Injunction Hearing |
| Before the honorable: | 2515-Johnston |
| Court Reporter | Ayme Cochran |
| Courtroom Deputy | Staci Wilson |

Attorney(s) for the Plaintiff or Government

John Balenovich

Attorney(s) for the Defendant(s)

Curtis Capehart, Thomas Lampman

| | |
|---|---|
| Law Clerk | Laura Hoffman |
| Probation Officer | |

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:36 PM | 2:40 PM | Non-Trial Time/Uncontested Time |
| 3:32 PM | 4:01 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:33

## Courtroom Notes

Scheduled Start: 1:30 p.m.
Actual Start: 1:36 p.m.

Plainitff present in person and by counsels. Court hears argument on motion for preliminary injunction.

Court recessed: 2:40 p.m.
Court reconvened: 3:32 p.m.

Court DENIES motion.

Court recessed: 4:01 p.m.