IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

STEPHEN MARSHALL WILSON,

            Plaintiff,

v.                                  CIVIL ACTION NO.  2:20-cv-00526

JIM JUSTICE, et al.,

            Defendants.

**ORDER**

In accordance with the reasons more fully stated on the record at the hearing held on this day, August 24, 2020, Plaintiff Stephen "Marshall" Wilson's ("Plaintiff") Motion for Preliminary Injunction, (ECF No. 4), is **DENIED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                         ENTER:       August 24, 2020

                         THOMAS E. JOHNSTON, CHIEF JUDGE