# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

STEPHEN MARSHALL WILSON,

                Plaintiff,

v.                                    CIVIL ACTION NO.   2:20-cv-00526

JIM JUSTICE, et al.,

                Defendants.

## ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**09/28/20**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**10/12/20**    Last day for Rule 26(f) meeting.

**10/19/20**    Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the court's website.   See LR Civ P 16.1.

**10/23/20**    Telephonic Scheduling Conference at **3:00 p.m.**, before the undersigned, unless canceled.

**10/26/20**    Entry of Scheduling Order.

**11/02/20**    Last day to serve FR Civ P 26(a)(1) disclosures.

NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 4, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE